No. 367. WABASH RY. Co. *v.* ST. LOUIS. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Homer Hall* and *J. H. Miller* for petitioner. *Mr. Charles M. Hay* for respondent.

No. 368. GARRISON, TRUSTEE, *v.* JOHNSON ET AL. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. M. E. Garrison, pro se. Mr. Robert C. Faulston* for respondents.

No. 369. PLIBRICO JOINTLESS FIREBRICK Co. *v.* CAIGAN. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Harold S. Davis* and *John M. Raymond* for petitioner. *Mr. Israel Caigan, pro se.*

No. 371. EMPIRE STORAGE & ICE Co. *v.* NATIONAL MATCH Co. October 16, 1933. Petition for writ of certiorari to the Kansas City Court of Appeals, of Missouri, denied. *Messrs. Harry L. Jacobs, I. J. Ringolsky,* and *Wm. G. Boatright* for petitioner. *Mr. Raymond G. Barnett* for respondent.

No. 372. GRACE LINE, INC. *v.* TOULON. October 16, 1933. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Charles R. Hickox, Vernon S. Jones,* and *Raymond Parmer* for petitioner. *Mr. Simone N. Gazen* for respondent.
See also 237 App.Div. 892.